IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TKACH, in his capacity as Sellers' Representative and in his individual capacity as Principal Owner, and WILLIAM COULTER in his individual capacity as Principal Owner,<br><br>Plaintiffs,<br><br>v.<br><br>RUMBLEON, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 1:22-cv-00710-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION TO REMAND

Plaintiffs Mark Tkach and William Coulter respectfully move this Court, pursuant to 28 U.S.C. § 1447(c), to remand the above-captioned action to the Delaware Court of Chancery. The grounds for this Motion are set forth more fully in the Opening Brief in Support of Plaintiffs' Motion to Remand filed herewith.

MORRIS, NICHOLS, ARSHT &
  TUNNELL LLP

OF COUNSEL:

Danny David
Lindsay Buchanan
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-4055

Jessica Bateman Pulliam
Jordan Kazlow
2001 Ross Avenue
Suite 900
Dallas, TX 75201
(214) 953-6500

June 30, 2022

/s/ *S. Mark Hurd*
S. Mark Hurd (#3297)
Alexandra M. Cumings (#6146)
1201 North Market Street
Wilmington, DE 19801
SHurd@morrisnichols.com
ACumings@morrisnichols.com
(302) 658-9200
  *Attorneys for Plaintiffs*